IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NOS. WR-76,647-01


& WR-76,647-02






HONORABLE KEN ANDERSON, Relator



v. 



 HONORABLE SID HARLE, Respondent







ON APPLICATIONS FOR


WRITS OF MANDAMUS AND PROHIBITION


RELATED TO CAUSE NO. 86-452-K26 IN


THE 26TH JUDICIAL DISTRICT COURT OF


WILLIAMSON COUNTY, TEXAS







 Womack, J., filed a statement:

 Because a member of my family was counsel for the defendant in the criminal case that
underlies these applications, I have taken no part in the consideration or decision of them.


Filed October 26, 2011.

Do Not Publish.